■ In the Matter of JOSIAH C., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; Colleen C., Ap-

pellant. [940 NYS2d 516]—Appeal from an order of the Family Court, Erie County (Lisa Bloch Rodwin, J.), entered November 17, 2010 in a proceeding pursuant to Family Court Act article 10. The order granted the motion of the Attorney for the Child for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Lindley, Sconiers and Martoche, JJ.